**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CIVIL ACTION NO. _____**

*REMOVAL OF COMMONWEALTH OF KENTUCKY*
*BOONE CIRCUIT COURT CASE NO. 22-CI-0115*

**JEWEL DAVIS**  **PLAINTIFF**

v.

**RYAN HALL**
**and**
**DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP**  **DEFENDANTS**

**NOTICE OF REMOVAL**

Come now the Defendants, Ryan Hall and Directional Technology Solutions, LLP, through counsel, and hereby remove this litigation pursuant to 28 U.S.C. § 1446 to the United States District Court for the Eastern District of Kentucky, Northern Division at Covington. As grounds for removal, the Defendants state as follows:

1. That the Plaintiff, Jewel Davis, is a citizen and resident of Elgin, South Carolina.

2. That the Defendant, Ryan Hall, is a citizen and resident of Goshen, Ohio.

3. That the Defendant, Directional Technology Solutions, LLP, is an Ohio limited liability partnership with its principal place of business in Batavia, Ohio. The sole members of the limited liability partnership are Brandon Ottke and Amber Ottke, who are both citizens and residents of Goshen, Ohio.

4. That on January 31, 2022, an action was commenced styled *Jewel Davis v. Ryan Hall and Directional Technology Solutions, LLP*, filed in the Commonwealth of Kentucky, Boone Circuit Court, Case No. 22-CI-0115.

5. That on January 31, 2022, summonses were issued for Ryan Hall and Directional Technology Solutions, LLP.

6. That on February 8, 2022, these summonses were received by the Kentucky Secretary of State, which then mailed them by certified mail to the Defendants.  Defendant Directional Technology Solutions, LLP was served on February 16, 2022.  Defendant Hall has not yet been served.

7. That the Defendants jointly filed an Answer to the Complaint on February 21, 2022.

8. That this case involves an allegation of personal injury to Jewel Davis as a result of a car accident on June 26, 2020, in Boone County, Kentucky.  Upon information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. That this Notice of Removal is tendered herein and filed with the Court within 30 days from the date of service of the above-referenced summons and Complaint upon the Defendants.

10. That the state court action, attached hereto as an exhibit, is a civil action in which this Court has original jurisdiction based upon diversity of citizenship and the amount in controversy, pursuant to 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

11. That the civil state court action is one which may be removed by the Defendants from the Boone Circuit Court to the United States District Court for the Eastern District of Kentucky, Northern Division at Covington, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446. Pursuant to 28 U.S.C. 1446(d), notice of this removal is being simultaneously filed with the Boone Circuit Court.

WHEREFORE, the Defendants, Ryan Hall and Directional Technology Solutions, LLP, requests that the aforesaid action now pending against them in the Commonwealth of Kentucky, Boone Circuit Court, be removed therefrom to this Court.

Respectfully submitted,

CETRULO LAW, P.S.C.

*/s/ Edward L. Metzger III*
Edward L. Metzger III (#94138)
130 Dudley Road, Ste. 200
Edgewood, KY  41017
(859) 331-4900 – Phone
(859) 426-3532 – Fax
LMetzger@cetrulolaw.com
*Counsel for Defendants, Ryan Hall and Directional Technology Solutions, LLC*

## **CERTIFICATION OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was mailed this 2nd day of March, 2022, via U.S. regular mail, postage pre-paid to the following:

Richard W. Hartsock
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
rhartsock@hughesandcoleman.com
*Attorney for Plaintiff*

                                                */s/ Edward L. Metzger III*
                                                Edward L. Metzger III