

**KENTUCKY** COURT OF JUSTICE

22-CI-00115

### *DAVIS, JEWEL VS. HALL, RYAN ET AL*

**BOONE CIRCUIT COURT**
Filed on **01/31/2022** as **AUTOMOBILE** with **HON. RICHARD A. BRUEGGEMANN**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 22-CI-00115 |
|---|---|

*AUTOMOBILE;*

| Parties | 22-CI-00115 |
|---|---|

**DAVIS, JEWEL** as **PLAINTIFF / PETITIONER**

**DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Summons**

**CIVIL SUMMONS** issued on **01/31/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*2357-5880, SOS CHECK8627 PUT IN E NVELOPE 2-2, SOS RCVD 2-8, RTND 2- 10, SOS MEMO W/SGND CRD RCVD 2-28, BRIDGET MURPHY SGND 2-16*

**HALL, RYAN** as **DEFENDANT / RESPONDENT**

**Address**

1785 STATE ROUTE 28
LOT 32A
GOSHEN OH 45122

**Summons**

**CIVIL SUMMONS** issued on **01/31/2022** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*2357-5873, SOS CHECK8626 PUT IN E NVELOPTE 2-2, SOS RCVD CRD 2-8, RTND 2-10*

**HARTSOCK, RICHARD WADE** as **ATTORNEY FOR PLAINTIFF**

**Address**

HUGHES AND COLEMAN
1256 CAMPBELL LANE, SUITE 201
BOWLING GREEN KY 42104

**METZGER, EDWARD LEO** as **ATTORNEY FOR DEFENDANT**

**Address**

CETRULO LAW
130 DUDLEY ROAD, 200
EDGEWOOD KY 41017

**MURPHY, BRIDGET** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP

**Address**

140 WEST MAIN STREET
BATAVIA OH 45103

| Documents | 22-CI-00115 |
|---|---|
| **COMPLAINT / PETITION** filed on **01/31/2022**<br>*WITH JURY DEMAND PAID 1-31* | |
| **ANSWER** filed on **02/21/2022**<br>*DFS ANSWER TO COMPLAINT WITH JURY DEMAND* | |
| **NOTICE - OTHER** filed on **02/21/2022**<br>*OF SERVICE OF DISCOVERY* | |
| **NOTICE - OTHER** filed on **02/21/2022**<br>*OF ELECTION OF ELECTRONIC SERVICE* | |

| Images | 22-CI-00115 |
|---|---|
| **COMPLAINT / PETITION** filed on **01/31/2022**   *Page(s): 6* | |
| **SUMMONS** filed on **01/31/2022**   *Page(s): 1* | |
| **SUMMONS** filed on **01/31/2022**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **01/31/2022**   *Page(s): 1* | |
| **RECEIPT** filed on **02/01/2022**   *Page(s): 0* | |
| **ANSWER** filed on **02/21/2022**   *Page(s): 6* | |
| **NOTICE - OTHER** filed on **02/21/2022**   *Page(s): 2* | |
| **NOTICE - OTHER** filed on **02/21/2022**   *Page(s): 2* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **02/21/2022**   *Page(s): 1* | |
| **RECEIPT** filed on **02/22/2022**   *Page(s): 0* | |

**\*\*\*\* End of Case Number : 22-CI-00115 \*\*\*\***

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

CIVIL ACTION NO. 22-CI-_____                                    BOONE CIRCUIT COURT

***Electronically Filed***

JEWEL DAVIS                                                                          PLAINTIFF

VS.                                          **COMPLAINT**

RYAN HALL                                                                          DEFENDANTS
      SERVE:    Kentucky Secretary of State
                Pursuant to KRS 454.210

                1785 State Route 28, Lot 32A
                Goshen, OH 45122

DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP
      SERVE:    Kentucky Secretary of State
                Pursuant to KRS 454.210

                Bridget Murphy
                140 W. Main Street
                Batavia, OH 45103

Comes the Plaintiff, Jewel Davis ("Davis"), by counsel, and hereby states the following cause of action against the Defendants named herein:

**I**

The Plaintiff, Jewel Davis, at the time of the incident was a citizen and resident of Elgin, South Carolina.

**II**

The Defendant, Ryan Hall ("Hall") is a citizen and resident of Goshen, Ohio, and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of state pursuant to KRS 454.210. The Secretary of State is respectfully notified that Defendant Hall's last known residence address is 1785 State Route 28 Lot 32A, Goshen, OH 45122.

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000001 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

**III**

The Defendant, Directional Technology Solutions, LLP, ("Directional"), is an Ohio Limited Liability Partnership with its principal office at 140 West Main Street, Batavia, Ohio 45103. Said Defendant may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to KRS 454.210.  The Secretary of State is respectfully notified that said Defendant may be served at its principal office to Bridget Murphy, 140 West Main Street, Batavia, Ohio 45103.

**IV**

The subject motor vehicle collision occurred in Boone County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court. Venue and jurisdiction are proper in the Boone Circuit Court.

**V**

On or about June 26, 2020, on Interstate 75 northbound, near Florence, Kentucky, Defendant Hall, negligently and/or carelessly operated a 2016 Dodge Ram 2500 owned by Defendant Directional thereby causing same to collide with a 2020 Mazda CX-5, owned and driven by Davis, causing severe injuries to Davis.

**VI**

At the time of the subject collision, Defendant Hall was in the course and scope of his employment with Defendant Directional.

**VII**

Defendant Directional has *respondeat superior* liability for the negligent and/or careless actions of its employee Defendant Hall, and additionally, in order that Davis may

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000002 of 000006

Filed 22-CI-00115 01/31/2022 David Martin, Boone Circuit Clerk

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant Directional was negligent in hiring, training, and/or supervising Defendant Hall, said actions/inactions on the part of Defendant Directional are pled as additional bases upon which relief may be granted to Davis.

**VIII**

At all times pertinent hereto, Davis exercised an appropriate degree of care for her own safety. The subject collision was caused by the negligence and/or carelessness of Defendants Hall and/or Directional.

**IX**

At all times pertinent hereto, Davis fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act ("MVRA").

**X**

As a direct and proximate result of the negligence and/or carelessness of Defendants Hall and/or Directional, Davis has been injured and damaged. The monetary value of Davis's injuries and damages exceeds the minimum jurisdictional limits of this Court. Davis's injuries and damages include, but are not specifically limited to, the following:

(a)     Medical bills and related expenses, past, present and future;

(b)     Physical pain and mental suffering, past and future;

(c)     Loss of enjoyment of life;

(d)     Lost wages and impairment of earning capacity;

(e)     Property damage; and

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000003 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

(f)     Miscellaneous inconvenience and expense

Davis seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Jewel Davis, respectfully prays the Court for relief as follows:

(a)     For judgment against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b)     For Plaintiff's costs incurred in pursuit of this matter, including a reasonable attorney's fee; and

(c)     For any and all other relief to which it may appear the Plaintiff is entitled, including trial by jury.

This the 31st day of January, 2022.

> HUGHES & COLEMAN
> 1256 Campbell Lane, Suite 201
> P. O. Box 10120
> Bowling Green, KY 42102
> (270) 782-6003 Exts. 136 and 272
> FAX (270) 843-0446
> rhartsock@hughesandcoleman.com
>
> /s/ Richard W. Hartsock
> Richard W. Hartsock

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000004 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

# CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action. Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
State Farm Insurance
P.O. Box 106171
Atlanta, GA 30348

| | RE: | Our Client: | Jewel Davis |
|---|---|---|---|
| | | Our File #: | 654214 |
| | | Claim #: | 38-08L3-49K |
| | | DOI: | 06/26/2020 |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Optum Subrogation Services
11000 Optum Circle
MN102-0300
Eden Prairie, MN  55344

| | RE: | Our Client: | Jewel Davis |
|---|---|---|---|
| | | Our File #: | 654214 |
| | | Your File #: | 48554617 |
| | | Group: | AARP Medicare Advantage Choice |
| | | DOI: | 06/26/2020 |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Cigna HealthSpring
P.O. Box 981706
El Paso, TX  799998

| | RE: | Our Client: | Jewel Davis |
|---|---|---|---|
| | | Our File #: | 654214 |
| | | ID #: | 35302797 |
| | | DOI: | 06/26/2020 |

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000005 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:31:26 AM
31725

Sheila Fowler
Grange Indemnity Insurance Company
P.O. Box 183244
Columbus, OH 43218-3244

RE:    Our Client:      Jewel Davis
           Our File #:      654214
           Your Claim #:    ZBA003207322
           Your Insured:    Directional Technology Solutions, LLP.
           DOI:          06/26/2020

This 31st day of January, 2022.


/s/ Richard W. Hartsock
Counsel for Plaintiff

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

COM : 000006 of 000006

AOC-E-105      Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT
03/02/2022

Case #: 22-CI-00115

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



Court:  **CIRCUIT**

County:  **BOONE**

# CIVIL SUMMONS

---

*Plaintiff,* **DAVIS, JEWEL VS. HALL, RYAN ET AL**, *Defendant*

TO:  **RYAN HALL**

   **1785 STATE ROUTE 28**

   **LOT 32A**

   **GOSHEN, OH 45122**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

   /s/ David Martin, Boone
   Circuit Clerk
   Date: **1/31/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                                        _____

                                                    Served By

                                        _____

                                                        Title

Summons ID: @00001038999
CIRCUIT: 22-CI-00115 Long Arm Statute – SOS - Restricted Delivery
DAVIS, JEWEL VS. HALL, RYAN ET AL



Page 1 of 1



Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

CI : 000001 of 000001

AOC-E-105   Sum Code: CI
Rev. 9-14



NOT ORIGINAL DOCUMENT
03/02/2022   Case #: 22-CI-00115
31735

Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

Case #: 22-CI-00115
Court:   **CIRCUIT**
County:   **BOONE**

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

*Plantiff,* **DAVIS, JEWEL VS. HALL, RYAN ET AL**, *Defendant*

TO:   **BRIDGET  MURPHY**

    **140 WEST MAIN STREET**

    **BATAVIA, OH 45103**

Memo: Related party is DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP

The Commonwealth of Kentucky to Defendant:
**DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                   /s/ David Martin, Boone
                                   Circuit Clerk
                                   Date: **1/31/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____

                                           _____

                                             Served By

                                       _____

                                               Title

Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)

CI : 000001 of 000001

Summons ID: @00001039000
CIRCUIT: 22-CI-00115 Long Arm Statute – SOS - Restricted Delivery
DAVIS, JEWEL VS. HALL, RYAN ET AL



Page 1 of 1



NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

## COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT
## CASE NO. 22-CI-0115
### ***Electronically Filed***

JEWEL DAVIS                                            PLAINTIFF

v.

RYAN HALL
**and**
DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP          DEFENDANTS

---

### DEFENDANTS' ANSWER TO COMPLAINT
### WITH JURY DEMAND

---

Comes now the Defendant, Ryan Hall and Directional Technology Solutions, LLP, through counsel, and for their Answer to Plaintiff's Complaint, hereby state as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against these Defendants upon which relief can be granted and must therefore be dismissed.

### SECOND DEFENSE

1.      The Defendants deny for lack of knowledge the allegations contained in Paragraphs I, II and IX of Plaintiff's Complaint.

2.      The Defendants admit the allegations contained in Paragraphs III and VI of Plaintiff's Complaint.

ANS : 000001 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

3.      As to Paragraph IV of Plaintiff's Complaint, the Defendants admit that the collision occurred in Boone County, Kentucky, but deny the remainder of the allegations in the paragraph.

4.      These Defendants deny the allegations contained in Paragraphs V, VII, VIII and X of Plaintiff's Complaint.

5.      Any allegations in the Plaintiff's Complaint not specifically admitted herein are denied.

### THIRD DEFENSE

The allegations as set forth in the Complaint and the claims based thereon are barred by the applicable provisions of the Kentucky Motor Vehicle Reparations Act of 1974, the same being contained in K.R.S. Subsection 304.39, et seq., and all subsequent amendments and case law interpretations thereof.

### FOURTH DEFENSE

Plaintiff has not met and will not meet the threshold requirements of K.R.S. Chapter 304 of the Kentucky No-Fault Motor Vehicle Insurance Law, incurring medical expenses in excess of One Thousand and 00/100 ($1,000.00) Dollars, as a result of the accident involving the Defendants, and further, has not suffered any permanent injury, or any exempt injury within the purview and/or intent of K.R.S. 304.39-060(2)(b).

### FIFTH DEFENSE

The liability of the Defendants, if any, the same to which is herein specifically denied, has been abolished and excluded under the laws of the Commonwealth of

ANS : 000002 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

Kentucky to the extent of Plaintiff's first Ten Thousand Dollars ($10,000.00) in wage loss and medical expenses.

### SIXTH DEFENSE

The Defendants should be given a setoff or credit for any monies paid for medical or lost wages or any other economic damages, which have been paid or, in the alternative, which will be paid in the future, from any source, including from these Defendants.

### SEVENTH DEFENSE

If Plaintiff was damaged or injured as set forth in the Complaint, said damages and injuries being specifically denied, then said damages or injuries were caused by the sole or contributing negligence of the Plaintiff, but for which negligence said injuries and/or damages would not have occurred, and by reason of which said negligence Plaintiff's claims are barred in whole or in part.

### EIGHTH DEFENSE

All or, in the alternative, a portion of the medical bills of the Plaintiff were not necessary and reasonable, or in the alternative, all or a portion thereof, were not directly connected, necessary, or incurred as a result of the incident complained of in the Plaintiff's Complaint.

### NINTH DEFENSE

The Plaintiff had a duty to mitigate damages and by her act and/or omissions, failed to mitigate damages and has waived her claims against Defendants and/or is estopped from claiming damages against the Defendants.

3

ANS : 000003 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

**TENTH DEFENSE**

Defendants plead all applicable defenses outlined in CR 8.03 and 12.02 as their affirmative defenses to this action.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred by the affirmative defenses of sudden emergency, unavoidable accident, or last clear chance doctrine.

**TWELFTH DEFENSE**

The Complaint should be dismissed as the Plaintiff has failed to include in the within action an indispensable party.

**THIRTEENTH DEFENSE**

If Plaintiff was damaged as alleged, which is specifically denied, then said damages were the sole, proximate or substantial result of an independent, intervening and superseding act or acts of negligence over which these answering Defendants specifically plead and rely upon same as a complete bar to Plaintiff's recovery herein.

**FOURTEENTH DEFENSE**

The injuries of Plaintiff, if any, were substantially caused by the negligence of a third person or persons over whom these Defendants had no control, nor any responsibility for their actions.

**FIFTEENTH DEFENSE**

Defendants reserve the right to assert any other defenses that arise as a result of discovery or due to changes in the law, and any defenses asserted by any other party to this action as a partial or complete bar to any recovery herein.

4

ANS : 000004 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

**WHEREFORE**, Defendants, Ryan Hall and Directional Technology Solutions,

LLP, demand as follows:

1.     That Plaintiff's Complaint be dismissed, with prejudice;

2.     <u>For trial by jury</u>;

3.     For apportionment/allocation of fault pursuant to KRS § 411.182;

4.     For their costs herein expended; and

5.     For any and all other relief to which they may appear entitled.

Respectfully submitted,

CETRULO LAW, P.S.C.

*/s/ Edward L. Metzger III*

Edward L. Metzger III (#94138)
130 Dudley Road, Ste. 200
Edgewood, KY  41017
(859) 331-4900 – Phone
(859) 426-3532 – Fax
LMetzger@cetrulolaw.com
*Counsel for Defendants, Ryan Hall and*
*Directional Technology Solutions, Inc.*

ANS : 000005 of 000006

5

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:06 AM
31725

## CERTIFICATION OF SERVICE

I hereby certify on this the 21st day of February, 2022, I electronically filed the foregoing using the KYeCourts system and a copy was served electronically to the following:

Richard W. Hartsock
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
rhartsock@hughesandcoleman.com
*Attorney for Plaintiff*

*/s/ Edward L. Metzger III*
Edward L. Metzger III

ANS : 000006 of 000006

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:19 AM
31725

## COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT
## CASE NO. 22-CI-0115
### ***Electronically Filed***

**JEWEL DAVIS**                                                             **PLAINTIFF**

**v.**

**RYAN HALL**
**and**
**DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP**                 **DEFENDANTS**

---

### NOTICE OF ELECTION OF ELECTRONIC SERVICE

---

In accordance with CR 5.02(2), Defendants, Ryan Hall and Directional

Technology Solutions, LLP, through counsel, elect to effectuate and receive service in

this action via electronic means, both to and from all other parties represented by

Counsel. The undersigned agrees to accept service at the following e-mail addresses:

lmetzger@cetrulolaw.com
and
theresa@cetrulolaw.com

Please provide, in accordance with CR 5.02(2), the electronic notification address

at which counsel may be served to the extent it differs with the e-mail address indicated

in the Certificate of Service below.

NO : 000001 of 000002

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:19 AM
31725

Respectfully submitted,

CETRULO LAW, P.S.C.

*/s/ Edward L. Metzger III*

Edward L. Metzger III (#94138)
130 Dudley Road, Ste. 200
Edgewood, KY  41017
(859) 331-4900 – Phone
(859) 426-3532 – Fax
LMetzger@cetrulolaw.com
*Counsel for Defendants, Ryan Hall and*
*Directional Technology Solutions, LLC*

## CERTIFICATION OF SERVICE

I hereby certify on this the 21st day of February, 2022, I electronically filed the foregoing using the KYeCourts system and a copy was served electronically to the following:

Richard W. Hartsock
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*rhartsock@hughesandcoleman.com*
*Attorney for Plaintiff*

*/s/ Edward L. Metzger III*

Edward L. Metzger III

2

NO : 000002 of 000002

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:32 AM
31725

## COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT
## CASE NO. 22-CI-0115
### ***Electronically Filed***

**JEWEL DAVIS**                                                         **PLAINTIFF**

**v.**

**RYAN HALL**
**and**
**DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP**                **DEFENDANTS**

---

### NOTICE OF SERVICE OF DISCOVERY

---

Come now the Defendants, Ryan Hall and Directional Technology Solutions,

LLP, through counsel, and gives notice of the service of Interrogatories and Requests for

Production of Documents upon Plaintiff Jewel Davis.  Said discovery was served to

Plaintiff's counsel via e-mail and regular mail on February 21, 2022.


Respectfully submitted,

CETRULO LAW, P.S.C.

_/s/ Edward L. Metzger III_
Edward L. Metzger III (#94138)
130 Dudley Road, Ste. 200
Edgewood, KY  41017
(859) 331-4900 – Phone
(859) 426-3532 – Fax
LMetzger@cetrulolaw.com
*Counsel for Defendants, Ryan Hall and*
*Directional Technology Solutions, LLC*

NOT ORIGINAL DOCUMENT
03/02/2022 09:33:32 AM
31725

## CERTIFICATION OF SERVICE

I hereby certify on this the 21st day of February, 2022, I electronically filed the foregoing using the KYeCourts system and a copy was served electronically to the following:

Richard W. Hartsock
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY  42102
*rhartsock@hughesandcoleman.com*
*Attorney for Plaintiff*

*/s/ Edward L. Metzger III*
Edward L. Metzger III

2

NO : 000002 of 000002



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:       SUMMONS DIVISION
            SECRETARY OF STATE

...STRICT COURT
FEB 2 8 2022
DAVID S. MARTIN, CLERK
BY_____ D.C.

RE:         CASE NO: 22-CI-00115

DEFENDANT:  **BRIDGET MURPHY**
            **DIRECTIONAL TECHNOLOGY SOLUTIONS, LLP**

DATE:       February 23, 2022

The Office of the Secretary of State was served with a summons and accompanying
documents for the captioned defendant on

February 10, 2022

This office served the defendant by sending a copy of the summons and accompanying
documents via certified mail, return receipt requested, on

February 10, 2022

We a

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bridget Murphy  02/16/2022<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: 2/10/2022  22-CI-00115<br>**BRIDGET MURPHY**<br>**DIRECTIONAL TECHNOLOGY SOLUTIONS LLP**<br>140 WEST MAIN STREET<br>BATAVIA, OH 45103 | RESTRICTED DELIVERY |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6903 1104 5955 06 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☒ Signature Confirmation Restricted Delivery<br>X |
| 2. Article Number (Transfer from service label)  295109<br>7021197000017983-6324 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Kentucky                                                                2/23/2022

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 22-CI-115
   Ryan Hall

   SECRETARY OF STATE
   PO BOX 718
   FRANKFORT, KY 40602-0718

9590 9402 7082 1251 7751 20

2. Article Number (Transfer from service label)
   7021 1970 0001 2357 5813

Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature                        FEB 10 2022
X                                   ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   DAVID S. MINTON, CLERK
   BY:                              D.C.
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   FEB 08 2022

3. Service Type                     ☐ Priority Mail Express®
   ☐ Adult Signature                ☐ Registered Mail™
   ☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail®                ☐ Signature Confirmation™
   ☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 22-CI-115
   Bridget Murphy-Directional Technology

   SECRETARY OF STATE
   PO BOX 718
   FRANKFORT, KY 40602-0718

9590 9402 7082 1251 7751 37

2. Article Number (Transfer from service label)
   7021 1970 0001 2357 5880

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature                        FEB 10 2022
X                                   ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)   CLE  C. Date of Delivery
   BY:              CLN              D.C.
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   FEB 08 2022

3. Service Type                     ☐ Priority Mail Express®
   ☑ Adult Signature                ☐ Registered Mail™
   ☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail®                ☑ Signature Confirmation™
   ☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt